DOMINICK RIVARA, Respondent, Appellant, v. JAMES STEWART & COMPANY, Appellant, Respondent, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs to the plaintiff, upon authority of *Rivara* v. *Stewart & Co.* (204 App. Div. 890; affd., 236 N. Y. 601). We think the questions involved

---

* Added by Laws of 1914, chap. 277, as amd. by Laws of 1916, chap. 323.— [REP.

47

in these cross-appeals have been adjudicated in the decisions rendered upon the former appeals from the order denying judgment upon the pleadings. There are no questions of fact involved, and the same arguments now advanced were presented to this court upon the former appeal. It appears from examination of the points in the Court of Appeals that the same questions were presented upon the appeal to that court. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.